■ In the Matter of ROBERT COWARD, Appellant, v NEW YORK STATE BOARD OF PAROLE, Respondent. [3 NYS3d 635]—Appeal from a judgment of the Supreme Court (Nichols, J.), entered April 10, 2014 in Columbia County, which, in a proceeding pursuant to CPLR article 78, granted respondent's motion to dismiss the petition.

Judgment affirmed. No opinion.

Lahtinen, J.P., Rose, Devine and Clark, JJ., concur. Ordered that the judgment is affirmed, without costs.